SM

RECEIVED

FEB 16 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

At the UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Dennis Lee Cummings, Blake Atlas Billups )<br>Claimants, )<br> )<br>v. )<br> )<br>Lauren Knight as LAUREN KNIGHT, )<br>Sarah McCarthy as SARAH MCCARTHY, )<br>CLERK OF THE U.S. DISTRICT COURT )<br>FOR NOTHERN ILLINOIS, UNITED ) No.<br>STATES OF AMERICA )<br>Respondents. ) | 22cv864<br>Judge John Z Lee<br>Magistrate Judge Young B. Kim<br>RANDOM |

## TORT CLAIM

Now comes Claimants, Blake Atlas Billups and Dennis Lee Cummings, in propria persona under the common law and makes claims of the Respondents: Lauren Knight as LAUREN KNIGHT, Sarah McCarthy as SARAH MCCARTHY, CLERK OF THE U.S. DISTRICT COURT FOR NOTHERN ILLINOIS, UNITED STATES OF AMERICA and states as follows:

### INTRODUCTION

1. This is a common law claim for damages for harm caused by the wrongful and negligent acts of natural persons acting as federal employees which did deprive the Claimants of their protected rights under the Constitution of the United States and cause other harm.

### STATEMENT OF THE FACTS

2. On or about July 10th, 2021, Dennis Cummings gave a grant of general authority to Blake Atlas Billups, among other grants of authority, claims and litigation and tax for redressing harm unto him by natural persons acting as federal employees.

3. On or about November 4, 2021, Blake Atlas Billups caused a civil cover sheet along with a civil complaint to be filed in the office of the Clerk of the Court of the United States District Court for Northern Illinois, Eastern Division.

4. Dennis Cummings elected to bring the suit standing in propria persona in accord with the common law.

5. The filing was accepted and filing fee paid.

6. No "Pro Se Appearance Form" was filed.

7. On or about November 5, 2021, Lauren Knight marked an "X" through the file stamp on the civil cover sheet.

8. Lauren Knight marked a line through a hand-written note, "Cat. 2" and wrote the characters, "Cat. 3" on the civil cover sheet.

9. Lauren Knight changed the Nature of Suit from an "Other Civil Rights" suit to a "Prisoner Petition" civil rights suit.

10. Neither Claimant gave Lauren Knight permission to alter the November 4th, 2021 filing.

11. Blake Atlas Billups had a talk with Lauren Knight about what she did.

12. Lauren Knight expressed that she had acted in accord with common procedure.

13. On or about January 26th, 2022, Blake Atlas Billups spoke with Sarah McCarthy via telephone about the harm caused by Lauren Knight.

14. Sarah McCarthy said that Lauren Knight did what she did pursuant to "internal procedures" [for natural persons acting as employees] of the CLERK OF THE U.S. DISTRICT COURT FOR NOTHERN ILLINOIS.

15. Sarah McCarthy stated that the internal procedures are private, not public.

16. Sarah McCarthy expressed that she did not find any error in the actions of Lauren Knight.

## TORT CLAIMS

17. Lauren Knight committed the intentional tort of abuse of process which harmed Dennis Cummings and Blake Atlas Billups.

18. Lauren Knight violated the Claimants rights to equal protection under the law in accord with the 14th Amendment.

19. Sarah McCarthy violated the Claimants' right to contract by way of willful negligence.

20. UNITED STATES OF AMERICA is liable for suit as the employer of the Respondents in accord with the common law and its codifications related to Public Law 89-506.

WHEREFORE, the Claimants demand the UNITED STATES OF AMERICA pay $50,000.00 in lawful money to Dennis Cummings and Blake Atlas Billups, severally, on behalf of Lauren Knight and Sarah McCarthy, for the abrogation of the Claimants' civil rights, emotional distress and on-going harm.

Date: February 10, 2022

*Blake-Atlas: Billups as Agent/Attorney-in-fact for Dennis Cummings and individually; All Rights Reserved; Without Prejudice*

Dennis Cummings and Blake-Atlas: Billups, individually and as Agent for Dennis Cummings
All Rights Reserved, Without Prejudice
1147 Brook Forest Avenue no 350
Shorewood, IL 60404
blakeatlas@protonmail.com
815-205-0082

Dennis Cummings
20200715016
P.O. Box 089002
Chicago, IL [60608]